UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Omar Dequan Thomas**                                    **Docket No. 4:15-CR-54-1D**

**Petition for Action on Supervised Release**

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Omar Dequan Thomas, who, upon an earlier plea of guilty to Distribution of a Quantity of Heroin, 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(C), was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on March 8, 2016, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 6 years. Omar Dequan Thomas was released from custody on September 6, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant tested positive for marijuana on October 11, 2017, and the results were confirmed by Alere Laboratory on October 22, 2017. When confronted with the results, the defendant admitted to marijuana use and signed an admission of drug use statement. The defendant received a verbal reprimand and was counseled about his actions. As a result of this drug use, the defendant will remain in substance abuse treatment at East Coast Counseling in Greenville, North Carolina, and he will undergo increased drug testing as a part of the Surprise Urinalysis Program. As a sanction for his drug use, the defendant will participate in the DROPS program, beginning at the second use level. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1.  While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the second use level.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.


/s/ Dwayne K. Benfield                          /s/ Taron N. Seburn
Dwayne K. Benfield                              Taron N. Seburn
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                201 South Evans Street, Rm 214
                                                Greenville, NC 27858-1137
                                                Phone: 252-830-2335
                                                Executed On: November 7, 2017

Omar Dequan Thomas
Docket No. 4:15-CR-54-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___15___ day of ___November___, 2017, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge